**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**  24-mj-8670-WM

**UNITED STATES OF AMERICA**

**v.**

**CARLOS DE JESUS GODOY ESTRADA,**

**Defendant.**

_____/



## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  NO

4.  Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  _/s/ Shannon Shaw_____
SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 92806
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1036
Fax: (561) 659-4526
shannon.shaw@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CARLOS DE JESUS GODOY ESTRADA, | ) | Case No. |
| | ) | 24-mj-8670-WM |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

**FILED BY_____SW_____D.C.**

**Dec 30, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -  WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 27, 2024_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and Misuse of Visas, Permits, and Other Documents |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Andy Korzen, Task Force Officer, HSI
_____
_Printed name and title_

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: _____12/30/2024_____

_____
_Judge's signature_

City and state: _____West Palm Beach, FL_____

Hon. William Matthewman, U.S. Magistrate Judge
_____
_Printed name and title_

**AFFIDAVIT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and I am also Deportation Officer with Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the HSI office in West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos De Jesus GODOY ESTRADA committed the offense of fraud and misuse of visas, permits, and other documents, in violation of Title 18, United States Code, Section 1546(a).

3.      On December 24, 2024, at approximately 8:20pm, the Lake Clarke Shores Police Department responded to a hit-and-run crash in the 7800 block of West Lake Drive, Lake Clarke Shores, Florida, involving a golf cart and a truck.

4.      Upon arrival, Lake Clarke Shores police officers located four occupants of the golf cart suffering from injuries after the collision caused the golf cart to roll over, ejecting the occupants. All four occupants were transported to St. Mary's Medical Center in West Palm Beach as a "trauma alert."  The truck involved in the collision was last seen traveling eastbound towards the Keller Gate, separating Lake Clarke Shores from the City of Lake Worth Beach.  As part of the investigation into the hit-and-run, parts from the golf cart and the truck were collected and securely stored at the Lake Clarke Shores Police Department. The golf cart was towed by

1

Priority Towing to their storage lot with a no-touch hold for police. Photos of the golf cart were taken on scene.

5.      On December 25, 2024, Lt. Fisher of the Lake Clarke Shores Police Department was updated with the injuries the occupants sustained. The driver, adult male S.M.Q., sustained a broken back, broken ribs and a concussion. Adult female N.Q. suffered a brain bleed, road rash, bruising to her kidneys and has limited mobility. Child male S.Q. suffered a broken leg in two places, large lacerations to his other leg and underwent surgery to repair both. Female child S.Q. sustained severe road rash from being ejected onto the asphalt.

6.      With the injuries updated to "serious bodily injury," Lake Clarke Shores Police Department requested the West Palm Beach Police Department assist their agency in the investigation under Palm Beach County Mutal Aid agreements.

7.      West Palm Beach Police Department (WPB-PD) Detectives were supplied with a Vivint home security video from 7833 W. Lake Drive in Lake Clarke Shores, which depicted the collision.  The video showed that immediately following the collision, a dark-colored Ram truck continued driving South on W. Lake Drive.

8.      On December 26, 2024, WPB-PD Detective Fisher responded to the Lake Clarke Shores Police Department and recovered several pieces of debris from the crash scene which were collected by Lake Clarke Shores Police Officers. Detective Fisher located a large grey-colored trim piece which appeared to be the outer frame of a truck's front grille. WPB-PD Detective Dillard recognized the grille piece to be from a 2012-2019 Ram truck.

9.      Detective Dillard completed a search of all License Plate Recognition (LPR) cameras in Lake Clarke Shores between 8pm and 9pm on the date of the accident, which provided three possible matches between that time frame. Detective Fisher checked the address

2

of 1244 17th Ave. N., Lake Worth, Florida 33460 for the grey 2019 Ram 1500, bearing Florida tag number "70BQLL," which is registered to Carlos De Jesus GODOY ESTRADA. This vehicle was captured on the LPR at W. Lake Drive and Forest Hill Boulevard traveling South at 8:14pm, which is approximately 6 minutes from the time of the 911 call reporting the accident.

10.     Detective Fisher located the Ram in the driveway of 1244 17th Ave. N., Lake Worth, Florida 33063, and observed heavy damage to the front of the truck, with additional damage to the right side. Detective Dillard arrived on scene with the grille piece and when fit to the truck, it was an identical match.

11.     Detectives attempted to speak with the registered owner, Carlos De Jesus GODOY ESTRADA, by knocking on the door. Julisa Godoy-Beltran and Magaly Godoy-Beltran answered the door. With the assistance of WPB-PD Officer J. Paniagua, who translated from Spanish to English, Julisa provided the following information: Julisa stated the Ram belonged to her uncle Carlos who comes and goes from the house. Julisa stated the last time she saw Carlos was on Friday, December 20, 2024; however she has seen the Ram almost every day. Julisa stated the truck did not have any damage to it until she saw it on December 25, 2024. Julisa could not provide a current location or phone number for Carlos.

12.     On December 26, 2024, a Florida state court judge, the Honorable Santo DiGangi, issued a state search warrant for the grey 2019 Ram 1500, Florida tag number 70BQLL, which was executed by WPB-PD on December 27, 2024.

13.     During execution of the search warrant, WPB-PD located inside the vehicle a Permanent Resident Card, with name listed as "Carlos De J Godoy Estrada," the date of birth listed as xx/xx/1979, and alien number listed as xxx-xxx-596.  WPB-PD also located a Social Security Card with the same name listed, and the Social Security Number listed as xxx-xx-5743.

3

14.     The alien number listed on the Permanent Resident Card that was located in Carlos De Jesus GODOY ESTRADA's vehicle on December 27, 2024 was checked in the Central Index System (CIS), an immigration database that contain records of all alien numbers issued. A query of the CIS database revealed that number xxx-xxx-596 was never issued or assigned to anyone. CIS records further show that no record exists for Carlos De Jesus GODOY ESTRADA under any other alien number.

15.     A query of the Florida Driver and Vehicle Information Database system for title information for the 2019 Ram 1500, Florida tag number 70BQLL, revealed a scanned El Salvadorian passport for the vehicle owner, with the name listed as Carlos De Jesus GODOY ESTRADA, and date of birth as xx/xx/1979.  This birth date was the same birth date listed on the Permanent Resident Card.  Additionally, the picture on GODOY ESTRADA's El Salvadorian passport depicts an individual who appears to be the same individual in the picture on the Permanent Resident Card found in GODOY ESTRADA's truck.

16.     Based on the foregoing facts, I submit that there is probable cause to believe that Carlos De Jesus GODOY ESTRADA violated Title 18, United States Code, Section 1546(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 30th day of December, 2024.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**:   **CARLOS DE JESUS GODOY ESTRADA**

**Case No**: **24-mj-8670-WM**

Count #1:

Fraud and Misuse of Visas, Permits, and Other Documents

18 U.S.C. § 1546(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000 fine
* **Special Assessment:** $100
* **Immigration Consequences of Removal (Deportation) from United States if Convicted**